MATTHEW J. ADLER (SBN 273147)
matthew.adler@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:   +1 415 591 7500
Facsimile:   +1 415 591 7510

MARK J. FOLEY*
mark.foley@faegredrinker.com
RENEE C. MANSON*
renee.manson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone:   +1 215 988 2700
Facsimile:   +1 215 988 2757
* *pro hac vice* to be sought

Attorneys for Defendants
AMERICAN WATER WORKS COMPANY INC. and
CALIFORNIA AMERICAN WATER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HECTOR TORRES, | Case No. 2:20-cv-02241-MCE-JDP |
| Plaintiff, | **STIPULATION TO SUBSTITUTE PARTY** |
| v. | |
| AMERICAN WATER COMPANY, and CALIFORNIA AMERICAN WATER COMPANY and INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY LOCAL NO. 39, | Complaint Filed: November 9, 2020 |
| Defendants. | |

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Plaintiff Hector Torres and Defendants American Water Company and California American Water Company, through their undersigned attorneys, that Defendant "American Water Works Company Inc." be substituted as the proper party instead of the previously named "American Water Company."

IT IS SO STIPULATED.

Dated: February 10, 2021      LAW OFFICES OF JAMES E. MCGLAMERY

*/s/ James E. McGlamery* (authorized 2.10.21)
James E. McGlamery

Attorney for Plaintiff
HECTOR TORRES

Dated: February 10, 2021      FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Matthew J. Adler*
Mark J. Foley*
Matthew J. Adler
Renee C. Manson*
*\*pro hac vice* to be sought

Attorneys for Defendants
AMERICAN WATER WORKS
COMPANY INC. and CALIFORNIA
AMERICAN WATER COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE